UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00640-HDV-ADS | Date | February 12, 2026 |
| Title | *Harsh Tamak v. Desert View Facility et al.* | | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER ENJOINING TRANSFER OUT OF THE DISTRICT (INCLUDING DEPORTATION) AND SETTING BRIEFING SCHEDULE RE PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]**

Petitioner Harsh Tamak filed a Petition for Writ of Habeas Corpus on February 11, 2026. [Dkt. 1]. On the same date, Petitioner filed a Motion for a Temporary Restraining Order ("Application"). [Dkt. 3].

The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo. Upon initial review, the Court also finds that the Application presents many of the same issues as *Helal v. Janecka et al.*, No. 5:25-cv-02650-HDV-JC (C.D. Cal. Oct. 24, 2025) [Dkt. 12] and *Maldonado Bautista et al. v. Santacruz et al.*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal. Dec. 18, 2025) [Dkt. 93].

The Court therefore orders Respondents to file a response by **February 17, 2026**. Respondents are to address why this Application should not be governed by the analysis in *Helal* and *Maldonado Bautista* and why the Court should not issue a preliminary injunction requiring a bond hearing on the same bases.

In the interim, the TRO is ***granted*** in part. Respondents are hereby ***enjoined*** from transferring, relocating, or removing Petitioner outside of the Central District of California

(including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending resolution of the Application.

Respondents are ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, and to place a copy of this Order in the Petitioner's A-File.

**IT IS SO ORDERED.**